FILED
2017 Jun-07 PM 12:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NAVIGATORS SPECIALTY INSURANCE COMPANY,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action Number **2:17-cv-00884-AKK** |
| **SOUTHERN RESEARCH INSTITUTE,** ) ) ) | |
| Defendant. ) | |

## ORDER

Navigators Specialty Insurance Company's motion to seal petition for declaratory judgment, doc. 3, is **GRANTED**.

**DONE** the 7th day of June, 2017.



_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE