FILED

2017 Aug-25  AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **NAVIGATOR SPECIALTY INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | Civil Action Number |
| **vs.** | ) ) | **2:17-cv-00884-AKK** |
| | ) ) | |
| **SOUTHERN RESEARCH INSTITUTE,** | ) ) | |
| **Defendant.** | | |

## ORDER

Before the court is Plaintiff's Motion to Dismiss.  Doc. 5.  Pursuant to

Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITHOUT**

**PREJUDICE.**

**DONE** the 25th day of August, 2017.

_____

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

1